MALANI L. KOTCHKA
Nevada Bar No. 283
mkotchka@lionelsawyer.com
LIONEL SAWYER & COLLINS
300 South Fourth Street, Suite 1700
Las Vegas, NV 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845

*Attorneys for Defendant*
*AT&T Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BERNARD GARY BEARY,<br><br>                    Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC., a foreign corporation; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10<br><br>                    Defendant. | Case No.: 2:14-cv-01473-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Bernard Gary Beary and defendant AT&T Services, Inc., by and through their undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

DATED this 30th day of April, 2015.

| LUH & ASSOCIATES | LIONEL SAWYER & COLLINS |
|---|---|
| By:  /s/ Craig D. Slater<br>    Craig D. Slater<br>    8987 W. Flamingo Road<br>    Suite 100<br>    Las Vegas, Nevada 89147<br><br>*Attorneys for Plaintiff* | By:  /s/ Malani L. Kotchka<br>    Malani L. Kotchka<br>    1700 Bank of America Plaza<br>    300 South Fourth Street<br>    Las Vegas, NV 89101<br><br>*Attorneys for Defendant*<br>*AT&T Services, Inc.* |

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

## ORDER

Upon receipt and review of the foregoing stipulation and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

DATED: May 5, 2015

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2