MALANI L. KOTCHKA
Nevada Bar No. 283
mlk@hmlawlv.com
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262

*Attorneys for Defendant*
*AT&T Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BERNARD GARY BEARY, <br><br> Plaintiff, <br><br> v. <br><br> AT&T SERVICES, INC., a foreign corporation; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10 <br><br> Defendant. | Case No.: 2:14-cv-01473-RFB-PAL <br><br> **AMENDED STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Bernard Gary Beary and defendant AT&T Services, Inc., by and through their undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

DATED this 5th day of May, 2015.

| LUH & ASSOCIATES | HEJMANOWSKI & McCREA LLC |
|---|---|
| By:  /s/ Craig D. Slater <br> Craig D. Slater <br> 8987 W. Flamingo Road <br> Suite 100 <br> Las Vegas, Nevada 89147 <br><br> *Attorneys for Plaintiff* | By:  /s/ Malani L. Kotchka <br> Malani L. Kotchka <br> 520 S. Fourth Street <br> Suite 320 <br> Las Vegas, NV 89101 <br><br> *Attorneys for Defendant* <br> *AT&T Services, Inc.* |

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH STREET
SUITE 320
LAS VEGAS,
NEVADA 89101
702.834.8777

Page 1 of 2

**ORDER**

Upon receipt and review of the foregoing stipulation and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

DATED: May 12, 2015.